

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00282-CV

| | | |
|---|---|---|
| Musa ("Moses") N. Musallam | § | From the 67th District Court |
| | § | of Tarrant County (067-266677-13) |
| v. | § | August 3, 2017 |
| Amar B. Ali | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Musa ("Moses") N. Musallam shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel